AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Azrack, Joan M. | U.S. District Court East Dist NY | 08/05/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Disrict Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | 2015 Salery and bonus from Landman Corsi Ballaine & Ford PC |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 08/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank NA Personal Banking NY, NY (multiple accounts) | A | Interest | M | T | | | | | |
| 2. National Life Ins, Co. whole life policy (see VIII) | A | Dividend | N | T | | | | | |
| 3. Oppenheimer: Advantage Bank Deposits various banks (IRA) | A | Interest | J | T | | | | | |
| 4. PMA:SSGA Prime Money Market (IRA) | A | Distribution | K | T | | | | | |
| 5. Fidelity VIP Equity Incm Port - Nationwide annuity contract | | None | L | T | | | | | |
| 6. Fid VIP Growth Port - Nationwide annuity contract | | None | K | T | | | | | |
| 7. Fidelity Overseas Port - Nationwide annuity contract | | None | K | T | | | | | |
| 8. Fidelity VIP2 Asst Mgr Port - Nationwide annuity contract | | None | L | T | | | | | |
| 9. PMA: Pimco Low Duration Fund Intl (IRA) (See VIII) | B | Distribution | L | T | Buy (add'l) | 05/28/15 | J | | |
| 10. (Continuation of 9 above) (See VIII) | | | | | Buy (add'l) | 08/10/15 | J | | |
| 11. Oppenheimer: Catalyst Inside Buying Fund | A | Dividend | J | T | Buy | 06/11/15 | J | | |
| 12. Oppenheimer Global Value Fund - Nationwide annuity contract | | None | L | T | | | | | |
| 13. Fidelity Blue Chip Fund - Fidelity 401k | | None | L | T | | | | | |
| 14. Fidelity Diversified Intl - Fidelity 401k | | None | L | T | | | | | |
| 15. Fidelityt Freedom 2020 Fund - Fidelity 401k | | None | K | T | | | | | |
| 16. Fidelity Contrafund - Fidelity 401k | | None | M | T | | | | | |
| 17. Fidelity Growth & Inc - Fidelity 401k | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Value Fund - Fidelity 401k | | None | L | T | | | | | |
| 19. Fidelity Retirement - Fidelity 401k | | None | M | T | | | | | |
| 20. JP Morgan Growth & Income "A" shares | A | Dividend | J | T | | | | | |
| 21. JP Morgan Intl Opps Fund "A" | A | Dividend | J | T | | | | | |
| 22. Walt Disney Co common stock | A | Dividend | J | T | | | | | |
| 23. Oppenheimer: Alliance NY Muni Income Fund | B | Int./Div. | | | Sold | 09/21/15 | L | A | |
| 24. NVIT Money Market I - Nationwide annuity contract | | None | K | T | | | | | |
| 25. Oppenheimer: Adv Mun Liq Fund | A | Dividend | | | Sold | 02/01/15 | J | A | |
| 26. Am Century Equity Inc - Fidelity 401k | | None | L | T | | | | | |
| 27. Oppenheimer: Eaton Vance Insured NY Muni Bond Fund | C | Int./Div. | L | T | Buy (add'l) | 09/24/15 | K | | |
| 28. Oppenheimer: Kinetics Paradigm Adv Cl C | C | Dividend | L | T | Buy (add'l) | 06/11/15 | J | | |
| 29. Oppenheimer: Catalyst Inside Buying Fund (IRA) | A | Dividend | K | T | | | | | |
| 30. Oppenheimer: Kinetics Paradigm Fund (IRA) | A | Dividend | K | T | | | | | |
| 31. Oppenheimer: Voya Global Eqy Div & Prm Opp Fund (IRA) | B | Dividend | J | T | | | | | |
| 32. Fidelity Investment Grade Bond Fund - Fidelity 401k | | None | M | T | | | | | |
| 33. NY 529 College Savings Program - Growth Portfolio | | None | | | Sold | 11/13/15 | J | A | |
| 34. NY 529 College Savings Program Inflation Prtctn Securities Port. | | None | | | Sold | 11/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NY 529 - Aggressive Growth Portfolio | | None | | | Sold | 11/13/15 | J | A | |
| 36. NY 529 - Growth Portfolio | | None | | | Sold | 11/13/15 | J | A | |
| 37. NY 529 - Small Cap Stock Index Portfolio | | None | | | Sold | 11/13/15 | J | A | |
| 38. NY 529 - Conservative Growth Portfolio | | None | | | Sold | 11/13/15 | J | A | |
| 39. PMA: Vanguard High Yield Adm (IRA) | B | Distribution | K | T | | | | | |
| 40. Oppenheimer: Kinetics Paradigm Adv C (IRA) | A | Dividend | K | T | | | | | |
| 41. PMA: Vanguard Short Term Investment Grade Fund (IRA) | C | Distribution | M | T | | | | | |
| 42. PMA: MetWest Intermediate Bond Fund | A | Distribution | K | T | | | | | |
| 43. Northwestern Mutual Life Ins. whole policy (see VIII) | B | Dividend | L | T | | | | | |
| 44. Oppenheimer: First Trust Strategic High Income Fund (IRA) | A | Dividend | J | T | | | | | |
| 45. PMA: Vanguard Intermed Term Investment Grade Fund (IRA) | C | Distribution | L | T | Buy (add'l) | 08/10/15 | J | | |
| 46. Oppenheimer: Advantage Offshore Liquidity Fund (IRA) | A | Dividend | J | T | Buy | 02/01/15 | J | | |
| 47. NVIT Intl Equity Fund - Nationwide annuity contract | | None | J | T | | | | | |
| 48. NVIT Multi Mngr Intl Gr I - Nationwide aunnuity contract | | None | K | T | | | | | |
| 49. JP Morgan Mid Cap Growth | A | Dividend | K | T | | | | | |
| 50. NVIT Large Cap Gr I - Nationwide annuity contract | | None | L | T | | | | | |
| 51. Oppenheimer: Invesco Tr Inv Gr NY Muni | B | Int./Div. | L | T | Buy (add'l) | 09/24/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oppenheimer: Bllack Rock Flex Equityt Div (IRA) | C | Dividend | K | T | | | | | |
| 53. Oppenheimer: Black Rock Flex Equity Div (IRA) | A | Dividend | J | T | | | | | |
| 54. Oppenheimer: Advantage Bank Deposits in various banks (IRA) | A | Interest | J | T | | | | | |
| 55. PMA: Columbia Midcap Value Fund (IRA) | A | Distribution | K | T | | | | | |
| 56. PMA: FMI Large Cap Fund (IRA) | A | Distribution | K | T | | | | | |
| 57. PMA: Jensen Quality Grade (IRA) | C | Distribution | K | T | | | | | |
| 58. PMA: Odyssey Growth Fund (IRA) | A | Distribution | K | T | | | | | |
| 59. PMA: T Rowe Price Small Cap Stock Fund (IRA) | C | Distribution | K | T | | | | | |
| 60. PMA:Vanguard Extended Money Market Index (IRA) | A | Distribution | K | T | | | | | |
| 61. PMA: Vanguard 500 Index Fund (IRA) | B | Distribution | M | T | | | | | |
| 62. PMA: Harbor Intl Fund (IRA) | B | Distribution | K | T | | | | | |
| 63. (Intentionally left blank) | | | | | | | | | |
| 64. PMA: T. Rose Price Intl (IRA) | C | Distribution | K | T | | | | | |
| 65. PMA: Vanguard Intl Index Fund (IRA) | A | Distribution | K | T | | | | | |
| 66. PMA: Harbor Intl Fund | B | Distribution | K | T | | | | | |
| 67. PMA: Odyssey Growth Fund | B | Distribution | K | T | | | | | |
| 68. PMA: Odyssey Aggressive Growth Fund | B | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PMA: Vanguard Intl Index Fund | A | Distribution | K | T | | | | | |
| 70. PMA: Vanguard Extended Market Index Fund | A | Distribution | K | T | | | | | |
| 71. PMA: Columbia Mid Cap Value Fund | B | Distribution | J | T | | | | | |
| 72. PMA: FMI Large Cap Fund | B | Distribution | J | T | | | | | |
| 73. PMA: Jensen Quality Growth | B | Distribution | J | T | | | | | |
| 74. PMA: Vanguard 500 Index Fund | B | Distribution | L | T | | | | | |
| 75. PMA: Pimco Low Duration Fund | A | Distribution | K | T | Buy (add'l) | 08/10/15 | J | | |
| 76. (Intentionally left blank) | | | | | | | | | |
| 77. PMA: Vanguard High Yield Corporate Fund | A | Distribution | J | T | | | | | |
| 78. PMA: Vanguard Intermed Term Tax Exempt Fund | A | Distribution | K | T | | | | | |
| 79. PMA: Vanguard Limited Term Tax Exempt Fund | A | Distribution | K | T | | | | | |
| 80. PMA: SSGA Prime Money Market | A | Distribution | J | T | | | | | |
| 81. NY 529: Mid-cap Stock Index Fund Portfolio | | None | | | Sold | 11/13/15 | J | A | |
| 82. PMA: American Beacon Intl Fund (IRA) | A | Distribution | J | T | | | | | |
| 83. PMA: Vanguard Growth Index Fund (IRA) | A | Distribution | K | T | | | | | |
| 84. PMA: T. Rowe Price Equity Income Fund | B | Distribution | K | T | | | | | |
| 85. PMA: Vanguard Growth Index Fund | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PMA: T. Rowe Price Equity Income Fund | B | Distribution | K | T | | | | | |
| 87. PMA: T Rowe Price Intl (IRA) | A | Distribution | K | T | | | | | |
| 88. Oppenheimer: Black Rock Muni Yield NY Qlty Fund Tax Free | C | Int./Div. | L | T | Buy (add'l) | 09/24/15 | K | | |
| 89. PMA: MetWest Intermediate Bond Fund (IRA) | B | Distribution | L | T | Buy (add'l) | 08/10/15 | J | | |
| 90. McDonald's common stock | A | Dividend | J | T | | | | | |
| 91. Coca Cola common stock | A | Dividend | J | T | | | | | |
| 92. Nike common stock class B | A | Dividend | J | T | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 08/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PMA as used in section VII refers to Prudential Management Associates, which maintains managed aset portfolios (individual and IRA) consisting of investments identified in that section.

Oppenheimer as used in section VII refers to Oppenheimer & Co.,Inc., which maintains brokerage accounts (individual and IRA) consisting of investments identified in that section.

Fidelity 401k as used in section VII refers to a 401k acount maintained by Fidelity Investments consisting of investments identified in that section.

Nationwide annuity contract, as used in section VII refers to a Nationwide variable annuity account containing investments identified in that section.

NY 529 a used in section VII refers to NY State 529 college savings program accounts containing investments identified in section VII.

Re VII, item 2: It appears this life insurance policy should have been reported in prior years.

Re VII, items 9-10: This is an investment in which two additional purchases were made during the year. Item 9, colums B(1)-(2) reflects dividends during the year on the entire investment, including additional purchases during the year .Item 9, columns C(1)-(2) reflects the value of the entire investment at year end, including additiional purchases during the year. Columns D(1)-(3) in items 9 and 10 reflects each of the two sets of additional purchases made during the year, in May and in August.

Re VII, item 43: it appears this life insurance policy should have been reported in last year's report.

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 08/05/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan M. Azrack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544